UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LESLIE HULTGREN,

        Plaintiff,

    v.                                          Case No. 19-CV-886-JPS

MOSAIC 360, LLC, and
NAVIGEN, LLC, f/k/a NAGEL &
ASSOCIATES

        Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(A)(ii), the parties hereby stipulate to the dismissal of Leslie Hultgren's Title VII and American with Disabilities Act claims because Mosaic 360 did not have the required number of employees for Title VII and Americans with Disabilities Act coverage. (Counts I, II, and III.) The parties also stipulate to the dismissal of Plaintiff's state law claim for intentional infliction of emotional distress (Count IV). This stipulation covers all claims in the case.

Dated 22nd of November 2019.

| DAVIS & KUELTHAU, S.C. | HANSEN REYNOLDS LLC |
|---|---|
| By: s/ Matthew R. McClean | By: s/ Michael C. Lueder |
| Matthew R. McClean | Michael C. Lueder |
| State Bar No. 1041470 | State Bar No. |
| 111 E. Kilbourn Avenue, Suite 1400 | 301 N. Broadway, Suite 400 |
| Milwaukee, WI 53202 | Milwaukee, WI 53202 |
| Ph. 414.225.1420 | Ph. 414.273.8474 |
| Fax 414.278.3620 | Fax 414.273.8476 |
| mmcclean@dkattorneys.com | mlueder@hansenreynolds.com |
| *Attorneys for Plaintiff, Mosaic 360, LLC* | *Attorney for Plaintiff, Leslie Hultgren* |