UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LESLIE HULTGREN,

        Plaintiff,

v.

MOSAIC 360 LLC,

        Defendant.

Case No. 19-CV-886-JPS

**ORDER**

On November 22, 2019, the remaining parties filed a joint stipulation of dismissal of all pending claims in this case. (Docket #36). The Court will adopt that stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii). Because the stipulation does not state otherwise, the dismissal will be without prejudice. Fed. R. Civ. P. 41(a)(1)(B). The pending motion for summary judgment, (Docket #27), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #36) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED** that the defendant's motion for summary judgment (Docket #27) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 25th day of November, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge